**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7136**

JUNIOR DEVON WILLIAMS,

Plaintiff - Appellant,

v.

JOHN DICKENS, Correctional Officer,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:18-ct-03335-BO)

Submitted:  February 23, 2021                    Decided:  February 26, 2021

Before MOTZ, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Junior Devon Williams, Appellant Pro Se.  Sonny Sade Haynes, WOMBLE BOND DICKINSON (US) LLP, Winston-Salem, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Junior Devon Williams appeals the district court's order denying relief on Williams' amended 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Dickens*, No. 5:18-ct-03335-BO (E.D.N.C. July 16, 2020). We deny Williams' motions to appoint counsel, compel discovery, and for a physical and mental examination. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*